In the Matter of the Application of Fred Harding, Respondent, for a Writ of Habeas Corpus. George W. Evans, Appellant.— Order affirmed, with costs. No opinion. All concurred, except Parker, P. J., dissenting.

In the Matter of the Accounting of Wayland D. Tisdale, as Executor, etc., of James A. Tisdale, Deceased.— Motion denied.

Eliza Poland, Appellant, v. United Traction Company, Respondent.— Judgment affirmed, with costs. No opinion. All concurred, except Smith, J., dissenting.

The People of the State of New York ex rel. Harry H. Bender, Appellant, v. Charles F. Milliken and Others, Constituting the State Civil Service Commission, and Elliot H. Goodwin, Secretary, etc., Respondents.— Decision and order amended by inserting therein, after the word "affirmed," the words "as a matter of law and not of discretion."

Frank Stollarick, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Isaac E. Smith, Appellant, v. The Village of Fort Plain, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

Levi Youran, Appellant, v. The Village of Fort Plain, Respondent.— Judgment affirmed, with costs. No opinion. All concurred, except Smith and Kellogg, JJ., dissenting.

In the Matter of the Petition of Henry C. Soop, as Agent and Attorney of the Estate of Thomas Cornell, Appellant, v. Webster H. Burhans, Respondent.— Motion denied.

The People of the State of New York ex rel. Rochester Railway and Light Company, Respondent, v. Lester F. Stearns and Others, as Tax Commissioners of the State of New York, Constituting the State Board of Tax Commissioners, Respondents. In the Matter of the Application of the City of Rochester, Appellant, for Leave to Intervene.— Motion for leave to go to Court of Appeals granted, and question certified as follows : Has the Supreme Court power, in this proceeding, to allow the city of Rochester, upon its application, after the issuance of the writ of certiorari and service thereof upon the State Board of Tax Commissioners, and after the service of a return thereto, to intervene as a party defendant herein ?

Robert C. Pruyn, as a Stockholder of the Guayaquil and Quito Railway Company, Suing on Behalf of Himself and All Others Similarly Situated, Respondent, v. Guayaquil and Quito Railway Company and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

St. Regis Paper Company, Respondent, v. Watson Page Lumber Company, Appellant.— Motion denied, with ten dollars costs.

Emily B. Seeley, Respondent, v. New York City Railway Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.